# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRANDON CHRISTOPHER KANG,<br><br>        Defendant. | CASE NO: 2:21-cr-176-JAD-NJK<br><br>ORDER<br>ECF No. 44 |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense needs additional time to prepare for sentencing.

2. The parties agree to the continuance requested in the Stipulation.

3. Defendant is not in custody and does not object to the continuance.

4. Accordingly, pursuant to the Stipulation, the Court will continue and set the date for Rule 32 sentencing hearing for no less than 30 days from May 31, 2022.

IT IS THEREFORE ORDERED:

1. The Rule 32 sentencing hearing set for 10:00 a.m., May 31, 2022, is hereby VACATED and CONTINUED;

2. The Rule 32 sentencing hearing in this matter will commence on July 18, 2022, at 10:00 a.m.

IT IS SO ORDERED on this 31st day of May, 2022.

By: _____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE